1  ANDRE HASSID, SBN 66145
2  LAW OFFICE OF ANDRE HASSID
   670 AUGUSTA DRIVE
3  MORAGA, CA  94556
4  Telephone: 925-247-0050; Fax 925-871-4067

5  Attorneys for Plaintiff Majestic Insurance Company

6

7                    UNITED STATES DISTRICT COURT

8                  NORTHERN DISTRICT OF CALIFORNIA

9

10  MAJESTIC INSURANCE COMPANY,          Case No.  C 10-01158

                Plaintiff,
11                                        EX PARTE REQUEST FOR
                                          CONTINUANCE OF INITIAL CASE
12      v.                                MANAGEMENT CONFERENCE AND
                                          PROPOSED ORDER THEREON
13  ALLSTATE INSURANCE COMPANY,

                Defendant                 Courtroom:  8
14                                        Judge:  Honorable Charles R. Breyer
15                                        Trial Date:  None Assigned

16

17       TO THE HONORABLE CHARLES R. BREYER:

18       Plaintiff  MAJESTIC INSURANCE COMPANY's ("Plaintiff") Complaint

19  herein was just filed in court today, and it has not yet been sent out for service of

20  process.  Therefore, the Defendant has not appeared in the case.  Today the Court

21  issued an Order Setting Initial Case Management Conference and ADR Deadlines

22  which set the date for the Initial Case Management Conference for July 2, 2010.

23  Unfortunately Plaintiff's counsel herein and his wife have planned a vacation to

24  Yellowstone and Grand Teton National Parks during this time period, and non-

25  refundable airline tickets have been purchased.  Plaintiff respectfully requests that

26  the date of the Initial Case Management Conference be moved back three weeks to

27  Friday July 23, 2010 at 8:30 A.M.

28

29       Date: March 19, 2010

30

Request for Continuance of Initial Case Management Conference

| By: | /s/ |
| | André Hassid, Attorney for Plaintiff Majestic Insurance Company |

Good Cause appearing herein, IT IS ORDERED that the Initial Case Management Conference presently scheduled for July 2, 2010 at 8:30 am be continued to Friday July 23, 2010 at 8:30 am.

Dated:_ April 2, 2010_____          _____

Honorable Charles R. B



Request for Continuance of Initial Case Management Conference

- 2