ANDRE HASSID, SBN 66145
LAW OFFICE OF ANDRE HASSID
670 AUGUSTA DRIVE
MORAGA, CA 94556
Telephone: 925-247-0050; Fax 925-871-4067

Attorney for Plaintiff Majestic Insurance Company

LINDA BONDI MORRISON, ESQ. SBN 210264
RYAN B. LUTHER, ESQ. SBN 216928
TRESSLER LLP
18100 VON KARMAN AVENUE, SUITE 800
IRVINE, CA 92612
Telephone 949-336-1200; Fax 949-752-0645

Attorneys for Defendant Allstate Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| MAJESTIC INSURANCE COPANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALLSTATE INSURANCE COMPANY, a corporation, and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants | Case No.  10-CV-1158 JCS<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AND PROPOSED ORDER THEREON<br>Courtroom:  A<br>Judge:  Honorable **JOSEPH C. SPERO** |

　　　　TO: ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

　　　　IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that the entire action including that against Defendant Allstate Insurance Company shall be dismissed with prejudice, pursuant to F.R.C.P. Rule 41(a)(1)(ii) and that each party shall bear their own fees and costs.

Stipulation re Dismissal - 1

|   |   |
|---|---|
| Dated: September 8, 2010 | __/s/_____ <br> André Hassid, Attorney for Plaintiff <br> Majestic Insurance Company |
| Dated: September 8, 2010 | __/s/_____ <br> Ryan Luther, Attorney for Defendant <br> Allstate Insurance Company |

    IT IS ORDERED that the Status Conference presently scheduled for Friday October 22, 2009 at 1:30 pm be taken off calendar and the entire action be dismissed with prejudice. Each party is to bear its own costs.

Dated: 09/10/10 _____

_____
Honorable Judge Joseph C. Spero